IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALI SALIH,<br><br>        Plaintiff,<br><br>v.<br><br>LT. GULL et al.,<br><br>        Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 2:17-CV-1042 JNP<br><br>District Judge Jill N. Parrish |

Plaintiff, Ali Salih, has filed a civil rights complaint.[1] On July 26, 2018, the Court ordered Plaintiff to, within thirty days, pay an initial partial filing fee of $1.26.[2] Plaintiff has not complied.

IT IS THEREFORE ORDERED that Plaintiff's complaint is dismissed without prejudice.

DATED October 1, 2018.

BY THE COURT:

JILL N. PARRISH
United States District Judge

---

[1] *See* 42 U.S.C.S. § 1983 (2017).

[2] *See* 28 *id.* § 1915.